IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERRY MCDADE, <br><br> Plaintiff, <br><br> v. <br><br> YRC WORLDWIDE, INC. a/k/a YRC INC., <br><br> Defendant. | Case No. 14-CV-01500 <br><br> (Consolidated for trial with Case No. 14-CV-08758) <br><br> Magistrate Judge Susan E. Cox |

## ORDER

The Court hereby authorizes Morgan, Lewis & Bockius LLP to bring into and remove from the Dirksen Federal Building the following items:

- Multiple boxes of documents, exhibits, and office supplies
- Case(s) of bottled water
- Beverages/food/snacks

The items shall be brought into the courthouse beginning Friday, February 15, 2019 and removed from the courthouse at the completion of the jury trial in the above case, which is expected to last through March 1, 2019.

A courier from U.S. Messenger and/or an individual from Morgan, Lewis & Bockius LLP will deliver and remove these items.

**SO ORDERED.**

Dated: February 12, 2019

The Honorable Susan E. Cox